UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CR-00640-AGF-SRW |
| | ) Case No. 4:22-CR-00371-AGF-SRW |
| EUGENE TIMES, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR REMAND TO STATE CUSTODY

Defendant Eugene Times, through Assistant Federal Public Defender Tyler K. Morgan, respectfully requests that this Honorable Court enter an order directing the United States Marshals Service (USMS) to transfer him back to the custody of the State of Missouri. In support, he states:

1. The Government does not oppose this request.

2. Mr. Times is in federal custody on a writ of *habeas corpus ad prosequendum* from the State of Missouri. Accordingly, he is in primary state custody. He appeared before the Court on May 23, 2023, for an initial appearance, arraignment, and detention hearing. At that time, he waived his right to a detention hearing and was ordered detained. (Docs. 11 & 14, respectively).

3. Mr. Times is scheduled to appear for a jury trial in Case Nos. 2122-CR01536-01 and 2222-CR01688-01 in the City of St. Louis on July 31, 2023, with a pretrial conference scheduled for July 13, 2023. Counsel has spoken with Mr. Times's state attorney, and he is

prepared to announce ready for trial on the current date. If the Court authorizes his return to state custody, Mr. Times will have the opportunity to appear for trial to avoid any further continuances in that matter.

4. If remanded back to state custody, this Court can be assured that Mr. Times will not be released before the resolution of his state charges because he is currently being detained without bond in those matters.

WHEREFORE, Mr. Times requests that this Honorable Court grant his request for temporary transfer to state custody.

Respectfully submitted,

/s/ Tyler K. Morgan
TYLER K. MORGAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: 314-241-1255
Fax: 314-241-3177
E-Mail: tyler_morgan@fd.org
Attorney for Mr. Times

**CERTIFICATE OF SERVICE**

Assistant Federal Public Defender Tyler K. Morgan certifies that he filed the foregoing via the Court's electronic filing system, leading to service upon Assistant United States Attorney Nauman Wadalawala via email.

Dated June 6, 2023.

/s/ Tyler K. Morgan
TYLER K. MORGAN
Attorney for Mr. Times